# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Mehmet Kucuk,

    Petitioner

v.

Kristi Noem, et al.,

    Respondent

Case No.: 2:25-cv-02285-APG-MDC

**Order Directing Service of the Petition and Appointing Counsel**

[ECF Nos. 1, 1-1, 3]

Petitioner Mehmet Kucuk, immigration detainee, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, an application to proceed *in forma pauperis* (IFP), and a motion to appoint the Federal Public Defender as counsel. ECF Nos. 1, 1-1, 3. Good cause exists to grant the IFP application. Appointment of counsel is in the interests of justice, given, among other things, the complexities of this case.[1] I direct that the petition be served on the respondents.

I HEREBY ORDER that the IFP application **(ECF No. 1) is granted**.

I FURTHER ORDER that the motion for appointment of counsel **(ECF No. 3) is granted**. The Federal Public Defender for the District of Nevada is appointed to represent Mehmet Kucuk and is directed to file a notice of appearance (or indicate its inability to represent Kucuk) by December 12, 2025. If the Federal Public Defender is unable to represent Kucuk because of a conflict of interest or for any other reason, alternate counsel will be appointed. Appointed

---

[1] Prisoners applying for habeas corpus relief are entitled to appointed counsel when the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). Indeed, the court may appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196.

counsel will represent Kucuk in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw.

    I FUTHER ORDER the Clerk of the Court to send a copy of this order to the Federal Public Defender and the CJA coordinator for this division.

    I FURTHER ORDER the Clerk of Court to:

1. **DELIVER** a copy of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.
2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.
3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, summer.johnson@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, all in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).
4. **MAIL** a copy of the Petition (ECF No. 1-1) and this Order, pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure, to:
   1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528
   2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530
   3) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536
   4) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060
   5) Michael Bernacke, U.S. Immigration Customs Enforcement and Removal

Operations, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101

**I FURTHER ORDER** the U.S. Marshal to **SERVE** a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**I FURTHER ORDER** counsel for the respondents to file a notice of appearance within three days of the date of this Order and file and serve their response to the Petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

**I FURTHER ORDER** that the petitioner has 7 days following the filing of the response to file a reply.

DATED this 4thday of December, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE