## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mehmet Kucuk,<br><br>　　　Petitioner<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Michael Bernacke, Todd Lyons, John Mattos,<br><br>　　　Respondents | Case No.: 2:25-cv-02285-APG-MDC<br><br>**Order (1) for Respondents to Respond to Motion and (2) Prohibiting Petitioner's Transfer out of this District** |

Mehmet Kucuk has filed an emergency motion for a temporary restraining order. ECF No. 13. Kucuk seeks an order immediately releasing him from detention and prohibiting his removal to a third country without advance notice and an opportunity to reopen his detention hearing before an immigration judge. *Id.* at 3.

I HEREBY ORDER the defendants to file a response to the motion, if they have any, by January 13, 2026.

I FURTHER ORDER that the defendants are prohibited from transferring Kucuk out of the District of Nevada without further order from this court.[1]

DATED this 29th day of December, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").