**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mehmet Kucuk, | Case No.: 2:25-cv-02285-APG-MDC |
| Petitioner | **Order Granting (1) Petition for Writ of Habeas Corpus, (2) Motion for Temporary Restraining Order, and (3) Motion for Extension of Time** |
| v. | |
| Pamela Bondi, Kristi Noem, Michael Bernacke, Todd Lyons, John Mattos, | [ECF Nos. 1, 10, 13] |
| Respondents | |

Mehmet Kucuk a citizen of Turkey.  Fearing for his safety in that country, he fled and eventually arrived in the United States.  Upon arrival at the San Diego port of entry, he voluntarily surrender to U.S. authorities and requested asylum.  His asylum request was denied, he was ordered removed, but he was granted withholding of removal to Turkey.  Thus, he cannot be returned to Turkey.  The removal order became final on April 18, 2025.  Since then, the United States has been unable to identify a third country willing to accept Mr. Kucuk.  Nevertheless, he has remained in detention since he voluntarily surrendered.

Mr. Kucuk filed a Petition for Writ of Habeas Corpus and an Emergency Motion for a Temporary Restraining Order, both seeking his immediate release from custody under *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF Nos. 1-1, 13.  I conducted a hearing on the Petition and the Motion on January 23, 2026.  The respondents offer no evidence of any country that will accept Mr. Kucuk.  Thus, there is no significant likelihood of removal in the reasonably foreseeable future.  Accordingly, Mr. Kucuk must be released under *Zadvydas*, and his Petition and Motion must be granted.

I THEREFORE ORDER that Mr. Kucuk's Petition for Writ of Habeas Corpus **(ECF No. 1)** and Emergency Motion for Temporary Restraining Order **(ECF No. 13) are granted.** I placed the detailed reasons for this decision on the record during the January 23, 2026 hearing and incorporate them into this order. I declare that Mr. Kucuk's ongoing detention violates the Due Process Clause of the Fifth Amendment.

I FURTHER ORDER respondent John Mattos to release Mr. Kucuk from the custody of CoreCivic **today, Friday, January 23, 2026**, in a safe and orderly fashion during the daytime. The respondents must transport Mr. Kucuk to 501 Las Vegas Blvd South, Las Vegas, Nevada **today, Friday, January 23, 2026**. Mr. Kucuk will be subject to reasonable conditions of supervision to be imposed by Immigration and Customs Enforcement pursuant to 8 U.S.C. § 1231(a)(3).

I FURTHER ORDER that the respondents are permanently enjoined from further unlawful detention of Mr. Kucuk under *Zadvydas v. Davis*, 533 U.S. 678 (2001) or any other applicable law. The respondents are prohibited from revoking Mr. Kucuk's release absent proof of changed circumstances making his removal reasonably foreseeable and without first following the required statutory procedures.

I FURTHER ORDER that the respondents are prohibited from removing Mr. Kucuk to a third country without notice and a reasonable opportunity to reopen his proceedings before an Immigration Judge.

I FURTHER ORDER that the respondents' motion for extension of time **(ECF No. 10) is granted.**

/ / / /

/ / / /

I FURTHER ORDER the clerk of court to close this file.

DATED this 23rd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE